## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

FREDERICK H. SMITH,

                Plaintiff,

vs.

HENNEPIN COUNTY ATTYS, JUDGE DIANA EAGON, HENNEPIN COUNTY PROSECUTORS, HENNEPIN COUNTY ADULT SUPERVISION, MARK WALZ, ET AL., MN DOC COMMISSIONERS, JOAN FABIAN, ET AL., JEFFERY L. PETERSON, WARDEN CHRIST, LYNN DINGLE and MN STATE PUBLIC DEFENDERS OFFICE, ET AL.,

                Defendants.

Civil No. 06-4047 JRT/FLN

**ORDER**

Frederick H. Smith, #173720, Minnesota Correctional Facility, 970 Pickett Street North, Bayport, Minnesota 55003, petitioner *pro-se*

Thomas R. Ragatz, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL**, 445 Minnesota Street, Suite 1800, St. Paul, Minnesota 55101, for defendants.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 16, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

    **IT IS HEREBY ORDERED** that:

    1.  Petitioner's application for a writ of habeas corpus [Docket No. 1] is DENIED;

2. Petitioner's application for leave to proceed *in forma pauperis* [Docket No. 3] is DENIED; and

3. This action is summarily dismissed without prejudice.

DATED:  December 18, 2006            <u>s/John R. Tunheim</u>
at Minneapolis, Minnesota.            JOHN R. TUNHEIM
           United States District Judge